IN THE UNITED STATES BANKRUPTCY COURT
FOR District of Arizona

In Re:

Sharon Reilly ) Case No: 09-09283

) Chapter: 13

)

SSN: *****1755 )
SSN: )

Debtor(s)

## REQUEST FOR SPECIAL NOTICE AND SERVICES

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Please take this notice that the undersigned is an authorized agent/entity and hereby enters its request on behalf of Everhome Mortgage Company and pursuant to Rule 2002 of the Bankruptcy Rules, requests inclusion into the Master Mailing List and special notice of all events relevant to the above referenced bankruptcy to and including all notices, pleading and other documents filed in the proceeding, be sent to the creditor at the address listed below.

Respectfully Submitted,
Moss Codilis, L.L.P.

/s/ Marshall Thomas August 27, 2009

Moss Codilis, L.L.P.
AUTHORIZED AGENT/ENTITY
FOR THE CREDITOR
Phone: 303-799-6966
Fax: 720-240-5454

Creditor:
Everhome Mortgage Company
8100 Nations Way
Jacksonville, FL 32256
Loan Number: ******2708

Debtor Attorney= NICHOLAS I. FUERST
Trustee = RUSSELL A BROWN
Court = US BK CT